UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MOORE

vs.                                            No. 3:03cv801 (CFD)

SANK


ORDER

A settlement conference shall be held before the undersigned on **April 29, 2004 at**

**10:00 a.m.  Counsel shall be accompanied by the appropriate persons with authority to**

**settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E. D. Mo. 2000).

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 5ᵗʰ day of April 2004.**


                                    **Thomas P. Smith**
                                    **United States Magistrate Judge**

